ASSEMBLY BILL NO. 860

Digest of Senate Amendments to the Bill

1. Amendments of June 5:

   a. Makes the wiretapping and eavesdropping penalties inapplicable to telephone devices regulated and licensed by the P. U. C. This will insure that justifiable and regulated use of devices for overhearing employees' business conversations may continue unimpeded. This practice is known as "service - observing".

   b. Excludes private communications systems operated by state correctional facilities. (To meet objections of the Department of Corrections)

   c. Excludes from the prohibition against manufacture or sale of eavesdropping devices, companies which sell such devices to friendly foreign governments, as approved by the U. S. Government.

   d. Other technical re-writing.

2. Amendments of June 13:

   a. Further excludes internal communications systems operated by <u>local</u> jails and correctional facilities.

   b. Broadens exemption from the prohibitions against wiretapping and eavesdropping which applies to law enforcement officers and agencies, by applying it to chiefs of police, etc.

**PAGE 20**
**EXHIBIT 3**

- 2 -

  c. One important amendment states that it shall not be unlawful for a private person to eavesdrop without consent of both parties <u>if</u> he has been threatened with extortion, kidnapping, bribery, robbery, burglary or making lewd phone calls, <u>and</u> he reasonably believes he is gathering evidence relative thereto.

 3. Amendments of June 16:

  a. Adds to the private person exemption in gathering evidence if threatened by a serious felony, to include any felony involving violence against the person (murder, mayhem, rape, etc.). This entire series of amendments was intended to insure that in crimes such as kidnapping, if the innocent parent delivers ransom to the kidnapper, he will not be guilty of a crime if he records his conversations with the alleged kidnapper.

  b. Broadens the law enforcement exemption to include officers of the California Highway Patrol.

  c. Other amendments double-joint with other bills: are technical and non-substantive.