Sacramento, California
July 31, 1967

Honorable Ronald Reagan
Governor
State of California
State Capitol
Sacramento, California

Re: Assembly Bill 860

Dear Governor:

On July 28th the Legislature passed and sent to you for signature Assembly Bill 860, which I have authored, making major modifications in California's anti-wiretapping and anti-eavesdropping statutes. This legislation is the result of many months of study by legislative staff members, together with hours of exhaustive hearings by the Assembly Criminal Procedure and Senate Judiciary Committees, both chaired by experienced Republican legislators. The resulting bill represents an important advance in our individual privacy laws, which have not been overhauled since 1961. It was approved by substantial bipartisan votes in both houses of the Legislature.

Assembly Bill 860 recodifies California penal law relating to invasions of the privacy of confidential communications so that all such provisions of law appear within Chapter 1.5 of Title 15 of Part 1 of the Penal Code, entitled "Invasion of Privacy". Heretofore these sections have been randomly scattered throughout the Code. The measure makes uniform the criminal penalties for illegal wiretapping and eavesdropping, at imprisonment in the county jail for one year or in state prison for three years, or a fine of $2,500, or both, for a first offense; and at imprisonment in state prison for as much as five years and/or a fine of $10,000 for any subsequent offenses. This represents substantially stiffened penalties for invasions of privacy.

**PAGE 34**
**EXHIBIT 7**

Honorable Ronald Reagan          - 2 -          July 31, 1967

In addition, violations of law in this area would be subject to civil enforcement by anyone who feels he has been injured by illegal wiretapping or eavesdropping. Injunctive relief, together with recovery of treble damages, would be available in civil suit to such an injured party. It was the judgment of the legislative committees which considered the measure that this enforcement device should be a powerful deterrent to those who wiretap illegally for profit.

The major strengthening of our wiretapping and eavesdropping laws contained in Assembly Bill 860 relates to the numbers of parties to a confidential conversation who must consent before that conversation may be legally overheard. Present law is weak in this regard, requiring merely that one party to the communication must consent to the overhearing. Assembly Bill 860 requires that all parties to such a conversation must consent before a legal wiretap or eavesdrop may be conducted. Thus, this bill insures that anything said in a confidential conversation which any one of the parties desires be kept between the parties must be kept private. Both Oregon and Maryland have long had two-party consent, privacy of communications laws, and these laws have worked well. Surely, a man's confidential communications are as sacrosanct as his right to privacy within his home. This inherent right is all that this bill seeks to protect.

It should be mentioned that Assembly Bill 860 has been written carefully so as to avoid any hardship upon law enforcement officers, who must employ listening devices in the apprehension of criminals. I have worked closely with the Attorney General's Office in drafting this legislation to insure this protection, and that office advises me that it fully supports Assembly Bill 860 as enacted by the Legislature.

==Likewise, we have exempted from coverage under the measure normal business telephone monitoring, known as "service-observing", which is essential in modern business practices to insure employee efficiency. As written, Assembly Bill 860 is carefully directed only at clandestine wiretapping and eavesdropping, much of which now takes place in California for a variety of unjustifiable reasons.==

Assembly Bill 860 contains one additional major improvement in our privacy laws. The measure would make manufacture, sale or possession of clandestine listening devices unlawful in this State. However, the necessary exceptions are made for law enforcement officers, official investigative agencies and the federal government.

Honorable Ronald Reagan     - 3 -     July 31, 1967

Clearly, there is no need for the average citizen to possess these insidious devices which enable him to invade the privacy of his neighbors.

      As it passed the Legislature, Assembly Bill 860 represents an important advance in California law protecting the inherent rights of our citizens to privacy in their personal affairs. It is far stronger than the laws of many states in this field, and much tougher than the proposed federal eavesdropping legislation. The bill has the strong support of a wide range of organizations and associations, together with that of the great majority of legislators. I strongly urge your approval of Assembly Bill 860.

                                              Sincerely,

                                              Jesse M. Unruh
                                              Speaker of the Assembly

JMU:bq