# THE PACIFIC TELEPHONE AND TELEGRAPH COMPANY

1414 K STREET • SACRAMENTO, CALIFORNIA   95807
AREA CODE 916   443-0941

C. M. HOLMES
ASSISTANT VICE PRESIDENT

August 4, 1967

Honorable Ronald Reagan
Governor of California
Sacramento, California  95814

Dear Governor Reagan:

    Assembly Bill No. 860, a comprehensive bill to protect the right of privacy against all forms of eavesdropping, is now before you for signature.  We believe that it would be in the public interest for you to sign this bill.

    Basically our position is that privacy of communications is the fundamental right of every telephone user. Preserving it is an obligation imposed upon us by Federal and State law - an obligation we gladly accept.  AB 860 protects this fundamental right.

    In the course of the bill through the Legislature, there was some misunderstanding about its effect upon the common practice in both government agencies and businesses of observing calls between employees and the public or customers. This is for training purposes as well as to protect consumers and insure courteous treatment.  In essence, it is a form of quality control.

    There was some concern that the "anti-eavesdropping" provisions would outlaw this practice.  Such is not the case. New penal code Section 631 (b) clearly provides that the section shall not apply either to service observing by telephone companies or to the similar practice of customers using service observing equipment furnished by telephone companies

**PAGE 37
EXHIBIT 8**

Provided by Legislative Research & Intent LLC (800) 530-7613         1967-1509   Page 117 of 404

Honorable Ronald Reagan    - 2 -    August 4, 1967

pursuant to filed tariffs. In this respect, AB 860 clarifies and confirms existing law on this subject.

    For these reasons, we respectfully request that you approve AB 860.

Sincerely,



Carl M. Holmes
Assistant Vice President

**PAGE 38
EXHIBIT 8**