## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 12/31/12 | DEPT. 35 |
| HONORABLE DANIEL J. BUCKLEY   JUDGE | L. ISMAEL   DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. ECHON, C.A.   Deputy Sheriff | NONE   Reporter |

9:00 am  BC478188

TAMI TURNER ET AL
VS
WESTERN DENTAL SERVICES INC

(NON-COMPLEX 03-02-12)

Plaintiff Counsel
Defendant Counsel

NON-APPEARANCE

**NATURE OF PROCEEDINGS:**

RULING ON SUBMITTED MATTER (DEMURRER TO FIRST AMENDED COMPLAINT)

Defendant demurs to each claim of the First Amended Complaint, primarily based upon legislative interpretation. The Court took the matter under submission.

Demurrer is sustained, without leave to amend, based upon demurrer page numbers 9 through 15.

The Court recognizes the debatable issues of first impression of legislative interpretation, but concludes that the intent of the subject statutes was not to create a civil lawsuit for the conduct of defendant.

The Court acknowledges that plaintiffs have improved the confidential-expectation allegations to include facts such as whether any of the alleged calls were initiated by the consumer, the length of the customer-business relationship, the customer's prior experiences with business communications, and the nature and timing of recorded disclosures. But the ruling must rest on the interpretation of the statutes, Civil Code sections 632 and 632.7.

Pieces of legislative history indicate that all

Page  1 of  5   DEPT. 35

MINUTES ENTERED
12/31/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 12/31/12 | | DEPT. 35 |
| HONORABLE DANIEL J. BUCKLEY JUDGE | L. ISMAEL | DEPUTY CLERK |
| HONORABLE ____ JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| R. ECHON, C.A. Deputy Sheriff | NONE | Reporter |

9:00 am BC478188

TAMI TURNER ET AL
VS
WESTERN DENTAL SERVICES INC

(NON-COMPLEX 03-02-12)

Plaintiff Counsel
Defendant Counsel

NON-APPEARANCE

**NATURE OF PROCEEDINGS:**

service-observing calls are deemed not to be considered "private," and are not within the scope of the statutes sued upon here (e.g., demurrer, 4:19; RJN, Ex. A, at 379). This is not a case alleging violations of constitutional privacy.

Legislative interpretation begins by examination of the language of the statute, giving the words their ordinary meaning and considering them in the context of the statutory framework. Barnes v. Dept. of Corrections (1999) 74 Cal. App. 4th 126, 131. "'If the language permits more than one reasonable interpretation, the court looks 'to a variety of extrinsic aids, including the ostensible objects to be achieved, the evils to be remedied, the legislative history, public policy, contemporaneous administrative construction, and the statutory scheme of which the statute is a part.''" S.B. Beach Properties v. Berti (2006) 39 Cal.4th 374, 379.

As for governing law, while the parties have cited some California opinions with statements appearing to support their positions, in some instances, the opinions did not directly address the issue in stating a holding (e.g., Kearney v. Salomon Smith Barney, Inc (2006) 39 Cal. 4th 118,126). In the reply, demurring counsel is correct in distinguishing cases cited in the opposition.

Specifically, the Kearney opinion did not state an

MINUTES ENTERED
12/31/12
COUNTY CLERK

PAGE 40
EXHIBIT 9

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 12/31/12 | DEPT. 35 |
| HONORABLE DANIEL J. BUCKLEY  JUDGE | L. ISMAEL  DEPUTY CLERK |
| HONORABLE  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. ECHON, C.A.  Deputy Sheriff | NONE  Reporter |

9:00 am  BC478188

TAMI TURNER ET AL
VS
WESTERN DENTAL SERVICES INC

(NON-COMPLEX 03-02-12)

Plaintiff Counsel
Defendant Counsel

NON-APPEARANCE

**NATURE OF PROCEEDINGS:**

unequivocal holding that service-observing calls of businesses are confidential, but instead that they theoretically could be confidential, and thus it was necessary to resolve the issue as to whether the statute includes calls involving telephones in different states.

Also, the federal authorities cited by each side are only advisory (e.g., Safir v. BBG Comm., Inc., 2012 WL 398991 (S.D. Cal. Jan. 10, 2012); Backman v. Green Tree Servicing LLC, Case No. SACV 12-0135 (C.D. Cal. May 4, 2012)).

Federal case law is not binding upon California courts, and may be only persuasive in some circumstances. Alameida v. State Personnel Bd. (2004) 120 Cal. App. 4th 46, 61. California appellate courts are not bound to follow decisions of lower federal courts. People v. Sup. Ct. (2002) 103 Cal. App. 4th 409, 431.

Thg case is dismissed.

Clerk is to give notice.

It is so ordered.

Dated: December 31, 2012

*Daniel J Buckley*
Honorable Daniel J. Buckley
Los Angeles Superior Court Judge

Page 3 of 5   DEPT. 35

MINUTES ENTERED
12/31/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 12/31/12 | | DEPT. 35 |
| HONORABLE DANIEL J. BUCKLEY  JUDGE | L. ISMAEL | DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| R. ECHON, C.A.  Deputy Sheriff | NONE | Reporter |

9:00 am  BC478188

TAMI TURNER ET AL
VS
WESTERN DENTAL SERVICES INC

(NON-COMPLEX 03-02-12)

Plaintiff Counsel
Defendant Counsel

NON-APPEARANCE

**NATURE OF PROCEEDINGS:**

\*\* NO JURY FEES ON DEPOSIT \*\*
------------------------------------------------------------
CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the above minute order upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with the standard court practices.

Dated: December 31, 2012

John A. Clarke, Executive Officer/Clerk
By: _____
      L. Ismael, Deputy Clerk

Eley, Hunter R.
Doll Amir & Eley LLP

Page 4 of 5    DEPT. 35

MINUTES ENTERED
12/31/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 12/31/12 | | DEPT. 35 |
| HONORABLE DANIEL J. BUCKLEY   JUDGE | L. ISMAEL | DEPUTY CLERK |
| HONORABLE                      JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| R. ECHON, C.A.   Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 9:00 am | BC478188 | Plaintiff Counsel | NON-APPEARANCE |
| | TAMI TURNER ET AL VS WESTERN DENTAL SERVICES INC | Defendant Counsel | |
| | (NON-COMPLEX 03-02-12) | | |

NATURE OF PROCEEDINGS:

1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Fax: 310/557-9101

Pearson, Clifford H., Esq.
Pearson, Simon, Warshaw & Penny, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Fax: 818/788-8104

Wentz, Richard B.
Wentz Law Firm, The
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Fax: 888/855-8124

Page   5 of   5   DEPT. 35

MINUTES ENTERED
12/31/12
COUNTY CLERK