JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MAGHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. : CV 14-03840-DMG (FFMx)<br><br>**JUDGMENT [51]** |

1    Pursuant to this Court's Amended Order granting Quicken Loans' motion for
2    summary judgment [Doc. # 53], **IT IS HEREBY ADJUDGED THAT:**

3    Judgment is entered in favor of Defendant Quicken Loans and against
4    Plaintiff as to the sole claim in the Complaint;

5    Judgment also is entered in favor of Quicken Loans on its Counterclaim for
6    Declaratory Judgment on the ground that Plaintiff consented to the recording of
7    calls by Quicken Loans.

8    To the extent Quicken Loans' Counterclaim for Declaratory Judgment
9    requests a declaration that "California law does not apply to the out-of-state
10   conduct alleged by Maghen" and that "the application of California law to the out-
11   of-state conduct alleged in this case would violate the Commerce Clause of the
12   United States Constitution," those claims are dismissed without prejudice as moot.

DATED: May 21, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-